IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELIDA CONTRERAS,

    Plaintiff,

  v.

JP MORGAN CHASE FKA WASHINGTON MUTUAL BANK, et al.

    Defendants.

No. C 09-03176 WHA

**ORDER TO SHOW CAUSE**

    Defendant filed a motion to dismiss the claims against it in this action. The motion is scheduled to be heard on October 29, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on October 8, 2009, but no such opposition has been received. Plaintiff is **ORDERED** to respond by **TUESDAY, OCTOBER 13, 2009 AT NOON**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of non-opposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition.

**IT IS SO ORDERED.**

Dated: October 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE