IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELIDA CONTRERAS,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE FKA WASHINGTON MUTUAL BANK, et al.<br><br>    Defendants.<br>                                   / | No. C 09-03176 WHA<br><br>**ORDER DENYING APPLICATION TO APPEAR BY TELEPHONE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

      For lack of good cause shown, defendant FDIC's request to appear by telephone at the early neutral evaluation conference on January 27, 2010, is **DENIED**.

      **IT IS SO ORDERED.**

Dated: December 29, 2009.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE