IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELIDA CONTRERAS,

    Plaintiff,

    v.

JP MORGAN CHASE FKA WASHINGTON MUTUAL BANK, WASHINGTON MUTUAL BANK, NOEMI NUNEZ, WAMU EMPLOYEE NO. 2, GARCIA MARKETING, LLC, HENRY GARCIA, FEDERAL DEPOSIT INSURANCE CORPORATION, a corporation, RECEIVER FOR WASHINGTON MUTUAL BANK,

    Defendants.

No. C 09-03176 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court hereby **ORDERS** the parties to further meet-and-confer from **11:30 A.M.–2:30 PM. ON FRIDAY, MAY 21, 2010**, in the Attorney's Lounge on the eighteenth floor of the federal courthouse. A hearing at **2:30 P.M.** that day will be held to resolve any remaining discovery issue(s). Plaintiff's response is due by **NOON ON WEDNESDAY, MAY 19**.

Please note that only those attorneys who personally meet-and-confer in the Attorney's Lounge may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: May 17, 2010.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE