IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELIDA CONTRERAS,

    Plaintiff,

v.

JP MORGAN CHASE FKA WASHINGTON MUTUAL BANK, WASHINGTON MUTUAL BANK, NOEMI NUNEZ, WAMU EMPLOYEE NO. 2, GARCIA MARKETING, LLC, HENRY GARCIA, FEDERAL DEPOSIT INSURANCE CORPORATION, a corporation, RECEIVER FOR WASHINGTON MUTUAL BANK,

    Defendants.
    /

No. C 09-03176 WHA

**ORDER RE STIPULATION OF DISMISSAL AND DEFENDANT JPMORGAN CHASE'S WITHDRAWAL OF ACCEPTANCE OF RULE 68 OFFER**

    The Court has received the parties' stipulation of dismissal with prejudice of defendants Noemi Nunez and WAMU Employee No. 2, a.k.a. David Ristedt, as well as defendant JPMorgan Chase's withdrawal of its objection to plaintiff's notice of acceptance of JPMorgan Chase's Rule 68 offer of judgment. Both sides must advise the Court, **BY NOON ON MAY 25, 2010**, whether this acceptance disposes of the case (meaning, whether any claims remain to be tried) and whether judgment should be entered as stated in the notice. If so, please submit a stipulated form of judgment by the above deadline.

    **IT IS SO ORDERED.**

Dated: May 21, 2010.

                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE