# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELIDA CONTRERAS<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK FKA WASHINGTON MUTUAL BANK; WASHINGTON MUTUAL BANK; NOEMI NUNEZ; WAMU EMPLOYEE NO. 2; GARCIA MARKETING, LLC: HENRY GARCIA; FEDERAL DEPOSIT INSURANCE CORPORATION, A CORPORATION, RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>    Defendants. | CASE NO. CV 09-3176 WHA<br><br>**JUDGMENT AGAINST JPMORGAN CHASE BANK, N.A.** |

Pursuant to Plaintiff's acceptance of JPMORGAN CHASE BANK, N.A.'s FRCP 68 Offer (Docket No. 48) and the stipulation of the parties regarding the dismissal of JPMORGAN CHASE employees (Docket No. 51),

1. Judgment is entered, pursuant to FRCP 68, against Defendant JPMORGAN CHASE BANK, N.A., only, in favor of Plaintiff NELIDA CONTRERAS in the amount of Twenty-Five Thousand Dollars ($25,000.00).

2. Defendants NOEMI NUNEZ and WAMU EMPLOYEE NO. 2 aka DAVID RISTEDT, and all other JPMORGAN CHASE employees are dismissed with prejudice.

3. All parties are to pay their own costs and attorneys fees.

DATED: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT [JUDGE]

IT IS SO ORDERED
Judge William Alsup