S. D. Narayan, Esq. (SBN 130964)
Gregory M. Franchi, Esq. (SBN 133705)
Shiva Tavakoli, Esq. (SBN 184264)
THE NARAYAN LAW FIRM
2040 Pioneer Court
San Mateo, CA 94403
Tel.:   650-403-0150
Fax:   650-403-0157

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELIDA CONTRERAS,<br><br>            Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK;<br>WASHINGTON MUTUAL BANK;<br>NOEMI NUNEZ, ET AL.,<br><br>            Defendants.<br>_____/ | Case No.: 09-03176-WHA<br><br>STIPULATION DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST THE FDIC, AS RECEIVER FOR WASHINGTON MUTUAL; AND [PROPOSED] ORDER |

**STIPULATION**

Plaintiff NELIDA CONTRERAS (Ms. Contreras) and Defendant The Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC"), by and through their respective counsel of record, hereby stipulate as follows:

1.  Nelida Contreras dismisses all causes of action with prejudice as to the FDIC. This dismissal shall not be effective against the remaining defendants.

/ / /

2. The FDIC agrees that it will not seek costs or fees against Nelida Contreras for the dismissal of these claims.

Dated: ~~June ___, 2010~~ August 6, 2010

By: _____
John F. Mounier, Jr.
Attorney for Plaintiff
NELIDA CONTRERAS

Dated: June 21, 2010

THE NARAYAN LAW FIRM

By: __/s/   S. D. Narayan__
S.D. Narayan
Attorneys for Defendant
THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK

2
STIPULATION DISMISSING WITH PREJUDICE
PLAINTIFF'S CLAIMS AGAINST THE FDIC, AS
RECEIVER FOR WASHINGTON MUTUAL
CASE NO. 09-03176-WHA

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, John F. Mounier, Jr., attest that concurrence in the filing of this document has been obtained from S.D. Narayan,

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of Aug, 2010 at Mill Valley, California.

                /s/ John F. Mounier, Jr.
                John F. Mounier, Jr.

## [PROPOSED] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that:

1. All of Plaintiff Nelida Contreras' Causes of Action against the Federal Deposit Insurance Corporation ("FDIC") as receiver of Washington Mutual Bank is hereby dismissed with prejudice, but only as to the FDIC. This dismissal shall not prevent Plaintiff from pursuing her asserted claims against the other defendants.

2. The FDIC shall not seek costs or fees as a result of the dismissal of these Causes of Action.

IT IS SO ORDERED.

Dated: August 9, 2010.

*IT IS SO ORDERED*
*Judge William Alsup*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

STIPULATION DISMISSING WITH PREJUDICE
PLAINTIFF'S CLAIMS AGAINST THE FDIC, AS
RECEIVER FOR WASHINGTON MUTUAL
CASE NO. 09-03176-WHA